No. 12,790.

ELLIOTT *v.* BRAYTON.
(297 Pac. 1117)

Decided March 9, 1931.

Judgment affirmed en banc, on application for supersedeas, without written opinion.

Mr. JOHN A. MARTIN, for plaintiff in error.

Mr. THOMAS L. BARTLEY, for defendant in error.